■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERSCHEL L. SMITH, Appellant. (Appeal No. 1.)—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Genesee County Court, Morton, J.—criminal possession of weapon, fourth degree.) Present—Callahan, J. P., Doerr, Denman, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERSCHEL L. SMITH, Appellant. (Appeal No. 2.)—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Genesee County Court, Morton J.—criminal possession of weapon, fifth degree.) Present—Callahan, J. P., Doerr, Denman, Lawton and Davis, JJ.